BEFORE THE THIRD DIVISION, MARCH 9, 1959

**No. 62818.**—Inter-Maritime Forwarding Co., Inc. *v.* United States, protest 58/3851 (New York).

Opinion by JOHNSON, J.   In accordance with rule (5b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62819.**—Causse Mfg. & Imptg. Co. *v.* United States, protest 58/3896 (New York).

Opinion by JOHNSON, J.   In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62820.**—J. J. Hayes Company *v.* United States, protest 58/6347 (New York).

Opinion by JOHNSON, J.   In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62821.**—Zenith Novelty Co. *v.* United States, protest 58/6473 (New York).

Opinion by JOHNSON, J.   In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62822.**—J. J. Boll *v.* United States, protest 58/6579 (New York).

Opinion by JOHNSON, J.   In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62823.**—Magnesium Elektron, Inc. *v.* United States, protest 58/7289 (New York).

Opinion by JOHNSON, J.   In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62824.**—R. S. D., Inc. *v.* United States, protest 58/7571 (New York).

Opinion by JOHNSON, J.   In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62825.**—Rafidane Corporation *v.* United States, protests 327665–K, etc. (New York).

Opinion by JOHNSON, J.   Since the protests were filed more than 60 days after liquidation, they were dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

**No. 62826.**—Excel Shipping Corporation *v.* United States, protest 58/3888 (New York).